UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7328

RUSSELL DEVON MEADOWS,

Plaintiff - Appellant,

versus

RON ANGELONE, Director of the Virginia Depart-
ment of Corrections; WARDEN SAUNDERS; J.W.
MCQUAIG; D. VORGERT; L.R. SPARKS; CHAPLAIN
TURNER; LARRY HUFFMAN, Regional Director,

Defendants - Appellees.

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-97-543-R)

Submitted: March 11, 1999          Decided: March 17, 1999

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Russell Devon Meadows, Appellant Pro Se. Pamela Anne Sargent,
Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Meadows v. Angelone</u>, No. CA-97-543-R (W.D. Va. Aug. 31, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>